UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | EP-19-CV-00079-FM |
| CONSTABLE R. A. SOMMERS, PRECINCT #7; U.S. BANK TRUST N.A., AS TRUSTEE FOR THE LSF8 MASTER PARTICIPATION TRUST; ALBERTO ENRIQUE HERNANDEZ, REYNALDO AARON MORALES, VICTOR VAZQUEZ, | § § § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this day, the court considered the status of the above-captioned cause. On March 6, 2019, Alejandro Hernandez ("Plaintiff") moved to proceed *in forma pauperis* to file suit against the above-named defendants.[1] The court denied Plaintiff's motion to proceed *in forma pauperis*.[2] Plaintiff subsequently failed to pay the filing fee of $400.00. The court ordered him to pay the filing fee no later than August 6, 2019 or the case would be dismissed.[3] The record reflects Plaintiff did not pay the filing fee.

Accordingly, the court issues the following orders:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

---

[1] "Application to Proceed in District Court Without Prepaying Fees or Costs," ECF No. 1, filed Mar. 6, 2019.

[2] "Order Denying Plaintiff's Motion for Permission to Proceed in Forma Pauperis," ECF No. 3, entered Mar. 13, 2019; *see* "Order Denying Motion to Reconsider," ECF No. 6, entered Mar. 21, 2019.

[3] "Order to Show Cause" 1, ECF No. 13, entered July 23, 2019.

1

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** that the Clerk of the Court is **INSTRUCTED** to **CLOSE** the above-captioned cause.

**SO ORDERED.**

SIGNED this __7__ day of **August, 2019**.

_____
**FRANK MONTALVO
UNITED STATES DISTRICT JUDGE**