UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEJANDRO HERNANDEZ, § § **Plaintiff,** § § v. § § CONSTABLE R. A. SOMMERS, § PRECINCT #7; U.S. BANK TRUST § N.A., AS TRUSTEE FOR THE LSF8 § MASTER PARTICIPATION TRUST; § ALBERTO ENRIQUE HERNANDEZ; § REYNALDO AARON MORALES; and § VICTOR VAZQUEZ, § § **Defendants.** § | EP-19-CV-00079-FM |

## FINAL JUDGMENT

On June 29, 2022, the court entered "Order Denying Plaintiff's Motions" [ECF No. 66]. Therein, the court denied Plaintiff's requests to amend his complaint a second time and alter or amend its previous judgment.[1] The court also dismissed all remaining defendants in this cause.

Accordingly:

1. It is **HEREBY ORDERED** that this cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** this cause.

**SIGNED AND ENTERED** this 29 day of **June 2022.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order Denying Plaintiff's Motions" 16, ECF No. ___, entered June 29, 2022.

1